11-cr -126

| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Tran. Court)* 4:05CR40145-1 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Sean A. Cooke 630 Plumas St., Letter F Reno, NV, 89509 | DISTRICT SOUTH DAKOTA | DIVISION SOUTHERN | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Lawrence L. Piersol | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 01/28/2011 | TO 01/27/2016 |

**OFFENSE**

Conspiracy to Possess With Intent to Distribute a Controlled Substance

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DIVISION OF THE DISTRICT OF SOUTH DAKOTA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction.

_Oct 7, 2011_
Date

_[signature]_
United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12-07-2011
*Effective Date*

_[signature]_
United States District Judge



UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
**MEMORANDUM**

RE: Sean Andrew Cooke

CASE NO.: TBD

11-CR-126

## SUPERVISION REPORT
## REQUESTING ACCEPTANCE OF TRANSFER OF JURISDICTION

November 4, 2011

TO:  UNITED STATES DISTRICT JUDGE

On October 8, 2008, Sean Andrew Cooke was sentenced by the Honorable Lawrence L. Pierson, U.S. District Judge for the District of South Dakota, after having pled guilty to Conspiracy to Possess With Intent to Distribute a Controlled Substance. He was sentenced to seventy (70) months custody, followed by a 60-month term of supervised release. On January 28, 2011, Cooke commenced his term of supervised release in the Northern District of Texas. On June 30, 2011, the Reno probation office accepted transfer of supervision in this case.

Due to the fact that Mr. Cooke plans to remain in Reno, Nevada, this office is requesting that jurisdiction in this matter be transferred to the District of Nevada. If the Court concurs, attached is the Prob 22 - Transfer of Jurisdiction for the Court's signature.

Respectfully submitted,

Melissa D. Greco
Data Quality Analyst

:mg

APPROVED: _____
Rick L. Oehlerking, Supervising
U.S. Probation Officer